THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 

PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Joseph Parham Appellant.
 
 
 

Appeal From Orangeburg County
 Diane Schafer Goodstein, Circuit Court Judge
Unpublished Opinion No. 2007-UP-213
Submitted May 1, 2007  Filed May 11, 2007 
APPEAL DISMISSED

 
 
 
 Chief Appellate Attorney Joseph L. Savitz, III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor David M. Pascoe, Jr., of Orangeburg, for Respondent.
 
 
 

PER CURIAM:  Parham appeals his conviction and sentence for armed robbery.  He argues the trial court erred by informing him of his right to appeal from his guilty plea, which rendered his guilty plea conditional.  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we find no issues of arguable merit.  Accordingly, we dismiss Parhams appeal and grant counsels motion to be relieved. 
 
APPEAL DISMISSED.
HEARN, C.J., and GOOLSBY and KITTREDGE, JJ., concur.